# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JEFFREY M. REYNOLDS

NO. 2020 KW 0325

**JUNE 19, 2020**

In Re:    Jeffrey M. Reynolds, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 12-FELN-028551.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

   **WRIT DENIED.**  The district court did not err in denying relator's application for postconviction relief.  Relator previously filed a writ application wherein he sought review of the denial of his postconviction application in which he set forth his claims of ineffective assistance of counsel and an invalid plea.  This court reviewed relator's claims and denied the writ application.   In this court's action, it was additionally noted that relator raised a claim of double jeopardy with this court in the first instance, and he was instructed that he should first seek relief with the district court.   See **State v. Reynolds,** 2019-1347 (La. App. 1st Cir. 1/6/20), 2020 WL 59807 (unpublished).  With regard to relator's claim of excessive sentence, that was additionally raised in the instant application, Louisiana Code of Criminal Procedure article 930.3 sets out the exclusive grounds that may be raised in an application for postconviction relief, and that Article does not provide the basis for review of sentencing errors after the conviction.   See **State ex rel. Melinie v. State,** 93-1380 (La. 1/12/96), 665 So.2d 1172 (per curiam).

**VGW**
**JMG**
**WJB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment of the Louisiana Supreme Court.